**STATE of Missouri, Respondent,**

v.

**Russell S. BUDGETT, Appellant.**

**No. WD 36446.**

Missouri Court of Appeals, Western District.

Sept. 24, 1985.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978.

Judgment affirmed. Rule 30.25(b).